UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Edward Allen Cheatam, | Case No. 15-cv-1210 PAM/FLN |
| Plaintiff, | |
| v. | **ORDER** |
| Bureau of Prisons, Duluth, | |
| Defendant. | |

Based on the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 19, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 14) is **ADOPTED**;

2. Petitioner's Motion for Judgment on the Pleadings (Docket No. 5) is **DENIED**; and

3. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 21, 2015            *s/Paul A. Magnuson*
                                     Paul A. Magnuson
                                     United States District Court Judge